# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MAXIMUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALYSSHA HOLDREN, <br><br> Defendant. | Case No. 24-cv-395 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on March 15, 2024, at 10:00 am, or such other time as the Court may determine, Plaintiff Maximus, Inc., by counsel, will present its Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 5) against Defendant Alyssha Holdren for oral argument before this Court.

Respectfully Submitted,

VENABLE LLP

Dated: March 13, 2024

_____/s/ Nicholas M. DePalma_____
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Joanna R. Steele (VSB No. 95985)
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
kwweigand@venable.com
jrsteele@venable.com

*Counsel for Plaintiff Maximus, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of March, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and will on this date deliver a copy to a process server for rush service at Defendant's residence below:

>Alyssha Holdren
>13514 Davinci Lane
>Herndon, Virginia 20171

>　　*/s/ Nicholas M. DePalma*　　
>Nicholas M. DePalma (VSB No. 72886)
>Kevin W. Weigand (VSB No. 81073)
>Joanna R. Steele (VSB No. 95985)
>1850 Towers Crescent Plaza, Suite 400
>Tysons, VA 22182
>Tel: (703) 905-1455
>Fax: (703) 821-8949
>nmdepalma@venable.com
>kwweigand@venable.com
>jrsteele@venable.com
>
>*Counsel for Plaintiff Maximus, Inc.*